Janet PETERS, Petitioner/Appellant,

v.

**Donald Wayne PETERS, Jr., Respondent.**

No. ED 103136

Missouri Court of Appeals,
Eastern District,
**DIVISION FIVE.**

Filed: June 7, 2016

Susan K. Roach, 8000 Maryland Ave, Suite 760, Clayton, Missouri 63105, for Appellant,

Michael L. Schechter, Anne E. Lageson—(Co-Counsel), 8000 Maryland Ave, Suite 950, Clayton, Missouri 63105, for Respondent.

Before Lisa Van Amburg, C.J., Sherri B. Sullivan, J., and Nancy Schneider, Sp. J.

#### *ORDER*

PER CURIAM

Janet Peters appeals the trial court's judgment in favor of her former spouse, Donald Peters, on his motion to modify spousal maintenance and child support. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).